IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELINDA J MONROE,

    Plaintiff,

v.                                                 CASE NO. 4:09-cv-00243-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation of the Magistrate Judge, Doc. 26. The Magistrate Judge has recommended that the decision of the Commissioner to deny benefits be reversed, and that benefits should be awarded. The Commissioner has not filed an objection to this recommendation, and the time for doing so has passed. Finding no plain error, it is

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 26, is ADOPTED and incorporated herein.

2.     The decision of the Commissioner to deny benefits is REVERSED.

3.     This case is REMANDED to the Commissioner with instructions to grant Plaintiff's application for benefits.

**DONE AND ORDERED** this  *20th* day of July, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge