IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELINDA J MONROE,

     Plaintiff,

v.                                      CASE NO. 4:09-cv-00243-MP-WCS

MICHAEL J ASTRUE,

     Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 32, Motion for Attorney Fees Authorization Pursuant to the Social Security Act by Melinda J. Monroe. The Appeals Council withheld $14,803.75 from Plaintiff's award for attorney fees. Counsel for Ms. Monroe, Heather Freeman, Esq., requests those fees[1] pursuant to her contingency fee representation arrangement with Ms. Monroe. Ms. Freeman notes that the Court has awarded her $3,311.03 under the Equal Access to Justice Act ("EAJA"), but that Defendant Commissioner has not yet paid her that EAJA award. Defendant Commissioner does not object to the fee request or the amount of the requested fee.

The Court finds the requested amount reasonable in light of the circumstances, including the contingent nature of Ms. Freeman's representation, the quality of Ms. Freeman's work, and the success of Ms. Freeman's representation. Accordingly, it is

**ORDERED AND ADJUDGED:**

    1.      Motion for Attorney Fees Authorization pursuant to the Social Security Act, 42

---

[1] Doc. 32 originally mentions seeking $20,156.00, but this was a typographical error.

U.S.C. § 406(b), Doc. 32, is GRANTED.

2.      Defendant is ordered to pay $14,803.75 in 42 U.S.C. § 406(b) fees directly to
        Heather Freeman, Esq.

3.      If the Treasury Department has not yet begun to process the $3,311.03 in EAJA
        fees to Ms. Freeman, Defendant is directed to pay those funds directly to Plaintiff.

4.      If Defendant does pay the $3,311.03 in EAJA fees to Ms. Freeman, Ms. Freeman
        is directed to reimburse that amount to Plaintiff.

5.      Defendant is ordered to pay Plaintiff the remainder of her due benefits.

**DONE AND ORDERED** this __*23rd*__ day of November, 2010

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge